UNDER Biven's vs. 6 UNKNOWN DEA Agents

Miguel David Ayala - Pro SE - In forma pauperis.
　　Plaintiff
　　vs.

Warden - R. Hudgens et.al
Administrative Remedy Coordinator - D. Tolliver
Administrative Remedy Clerk - S. Davis
　　Respondents

FILED
JUL 21 2020
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

5:20 cv 147

Bailey

Mazzone

Blalock

*Motion for an Injunction*
*Motion to order follow-up medical Assessment*

I Miguel D. Ayala #12864-032, Pro SE, am currently confined at the Federal Correctional Institution @ Gilmer. I requested from and received from the clerk of courts a "Biven's Packet" that is utilized by federal inmates when making claims of constitutional violations.

It is my intention to pursue a claim in this jurisdiction and necessary for me to exhaust all avenues of Administrative Remedies. Executive Staff here at this institution are aware of this fact.

I was physically assaulted by several correctional officers and then denied adequate follow-up medical treatment. This has left me in constant, unrelenting pain and unable to work or earn money to pay my fines or support myself. Health Services also refuse to assess my injuries or order tests. All attempts to file through the appropriate channels the grievances in regards to these issues have been met with resistance. All paperwork I turn into staff goes undocumented and unprocessed.

The above named Respondents are currently responsible for this. I'd respectfully ask this court to issue an order allowing me to utilize the Administrative Remedy Process.