**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling**

**MIGUEL DAVID AYALA,**

        Plaintiff,

v.                                                              Civil Action No. 5:20-CV-147
                                                                       Judge Bailey

**WARDEN R. HUDGINS, et al.,**

        Defendants.

## ORDER DISMISSING CASE FOLLOWING NOTICE OF INTENT TO DISMISS

On July 21, 2020, the *pro se* plaintiff, a federal inmate incarcerated at FCI Hazelton, filed a one-page document which was used to open a civil rights Complaint. However, because the Complaint was not filed on the court-approved form, the Clerk of Court issued a Notice of Deficient Pleading and Intent to Dismiss. The Notice informed the plaintiff that the instant action would be dismissed within 30 days of the Notice and further informed the plaintiff that if wished to pursue his claims, he would be required to file his Complaint on the court-approved form which was sent to him with the Notification. The court-approved form and Notice were sent via certified mail, return receipt requested. Service was accepted on July 23, 2020.

To date, the plaintiff has not refiled his Complaint on the court-approved form. Accordingly, it is hereby **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE.**

The Clerk is **DIRECTED** to mail a copy of this Order to the plaintiff by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED:** September 1, 2020.

                                                          JOHN PRESTON BAILEY
                                                          UNITED STATES DISTRICT JUDGE